UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVAPLAST CORPORATION,<br><br>  Plaintiff,<br><br>v.<br><br>INPLANT, LLC, et al.,<br><br>  Defendants. | Hon. Kevin McNulty<br>Civil Action No. 20-7396<br><br>**PRETRIAL SCHEDULING ORDER** |

**THIS MATTER** having come before the Court for a scheduling conference pursuant to Rule 16 of the Federal Rules of Civil Procedure on February 14, 2022; and for good cause shown:

**IT IS** on this 14th day of February, 2022,

**ORDERED THAT:**

1. A telephone status conference shall be held before the undersigned on **5/23/2022 at 10:30 A.M.** Counsel for Plaintiff is directed to initiate the call to (973) 776-7700. If the conference is going to be conducted via dial-in, the parties are instructed to call Chambers once everyone is on the line and provide the dial-in information at that time. Dial-in numbers will not be accepted prior to the conference. The parties are to submit a joint status letter no later than **5/18/2022**, itemizing the issues counsel would like to discuss in the upcoming conference.

2. Any discovery dispute shall be brought to the Court's attention in the first instance by letter or by telephone conference call immediately after the parties' good faith attempt to resolve the dispute has failed. *See* L. Civ. R. 16.1(f)(1). No discovery motion or motion for sanctions for failure to provide discovery shall be made without prior leave of Court.

3. Discovery shall proceed as set forth in Exhibit 1 to this Order.

4. **FAILURE TO FOLLOW THIS ORDER WILL RESULT IN SANCTIONS PURSUANT TO Fed. R. Civ. P. 16(f) and Fed. R. Civ. P. 37.**

s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**

# EXHIBIT 1

| Event | Proposed Dates |
|---|---|
| Parties exchange Rule 26(a) Initial Disclosures | February 14, 2022 |
| Parties file Discovery Confidentiality Order (*see* L. Pat. R. 2.2) | February 28, 2022 |
| Plaintiff serves Disclosure of Asserted Claims and Infringement Contentions and makes associated document production (*see* L. Pat. R. 3.1 and 3.2) | February 28, 2022 |
| Defendants serve Non-Infringement and Invalidity contentions, and make associated document productions (*see* L. Pat. R. 3.2A, 3.3, and 3.4) | April 14, 2022 |
| Plaintiff serves Responses to Invalidity Contentions and makes associated document production (*see* L. Pat. R. 3.4A) | April 28, 2022 |
| Parties exchange proposed claim terms for construction (*see* L. Pat. R. 4.1) | May 12, 2022 |
| Last day to seek to add new parties or amend pleadings | May 27, 2022 |
| Parties exchange preliminary proposed constructions and identification of intrinsic and extrinsic supporting evidence (*see* L. Pat. R. 4.2(a)-(b)) | June 2, 2022 |
| Parties exchange identifications of all intrinsic and extrinsic evidence they intend to rely upon in opposing any proposed claim construction and thereafter meet and confer to narrow issues (*see* L. Pat. R. 4.2(c)-(d)) | June 16, 2022 |
| Parties file Joint Claim Construction and Prehearing Statement (*see* L. Pat. R. 4.3) | July 5, 2022 |
| Parties complete all fact discovery relating to claim construction (*see* L. Pat. R. 4.4) | August 4, 2022 |
| Parties file Opening *Markman* Briefs (*see* L. Pat. R. 4.5(a)) | August 19, 2022 |
| Parties complete all expert discovery pertaining to *Markman* issues (*see* L. Pat. R. 4.5(b)) | September 19, 2022 |
| Parties file Responding *Markman* Briefs (*see* L. Pat. R. 4.5(c)) | October 18, 2022 |
| Parties to submit to the Court a proposed schedule for a *Markman* Hearing (*see* L. Pat. R. 4.6) | November 1, 2022 |
| *Markman* hearing | ~~Q4 2022 or Q1 2023~~ TBD |
| Close of fact discovery | 60 days after the Court's *Markman* Opinion/Order |
| Substantial Completion of Document Production | 60 days after the Court's *Markman* Opinion/Order |
| Parties serve opening expert reports on issues for which the party bears the burden of proof | 30 days after the close of fact discovery |
| Parties serve rebuttal expert reports | 30 days after service of opening expert reports |

## **EXHIBIT 1**

| | |
|---|---|
| Parties serve reply expert reports (limited to issues that are newly, but properly, raised in a rebuttal report) | 14 days after service of rebuttal expert reports |
| Close of expert discovery | 30 days after service of reply expert reports |
| Deadline to seek leave to file dispositive motions and schedule teleconference with Court regarding same (*see* Judge Clark's Judicial Preferences) | 14 days after the close of expert discovery |
| Deadline to file dispositive motions | 30 days after Court teleconference to discuss a party's request for leave to file dispositive motions |
| Oppositions to dispositive motions | 30 days after filing of opening papers |
| Replies in support of dispositive motions | 21 days after filing of opposition papers |
| Pretrial Order | TBD |
| Pretrial Conf. | TBD |
| Trial | TBD |